UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIC MATTHEW SCHOENBERG, <br><br> Plaintiff, <br><br> v. <br><br> WINDSTAR CRUISES a/k/a WINDSTAR CRUISES MARSHALL ISLANDS, LLC; and XANTERRA, <br><br> Defendants. | C20-1485 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the stipulation of the parties, docket no. 21, plaintiff's claims against defendant Xanterra are DISMISSED.

(2) The sole remaining defendant in this matter is Windstar Cruises Marshall Islands, LLC.

(3) The Clerk is DIRECTED to update the docket accordingly and to send a copy of this Minute Order to all counsel of record.

Dated this 7th day of April, 2021.

William M. McCool
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 1