THE HONORABLE JUDGE THOMAS ZILLY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIC MATTHEW SCHOENBERG,<br><br>Plaintiff,<br><br>v.<br><br>WINDSTAR CRUISES LLC, et al,<br><br>Defendants. | No. 2:20—cv-01485—TSZ<br><br>MOTION TO RECONSIDER THE COURT'S ORDER DENYING PLAINTIFF'S COUNSEL MOTION TO WITHDRAW AS PLAINTIFFS' COUNSEL OF RECORD PURSUANT TO FCRP 7.3(B)<br><br>NOTED FOR HEARING:<br><br>APRIL 8, 2021 |

**I. MOTION TO WITHDRAW**

COMES NOW Attorney James McCanna and respectfully moves the court to reconsider its order denying his request to withdraw as attorney of record for Plaintiff Eric Schoenberg in the above referenced matter. This motion is made pursuant to Fed. R. Civ. R. 7.3(b) and based on the subjoined declaration of counsel.

Rule 7.3(b) states that

MOTION TO RECONSIDER MOTION TO WITHDRAW - 1

McCanna Law, PLLC
P.O. BOX 468
KINGSTON, WA 98346
PHONE: 360-297-4057
FAX: 360-297-4157

(b) Non-Dispositive Orders. Parties seeking reconsideration of non-dispositive orders must file a motion within 14 days after the order is filed unless the court extends the time. A motion to reconsider must be based on:
(1) an intervening change in controlling law;
(2) the availability of new evidence; or
(3) the need to correct clear error or prevent manifest injustice.

In this instance, there is new evidence to support Plaintiff's counsel's motion to withdraw as described in the Declaration of James McCanna below.

Denial of this motion would be manifestly unjust to force Mr. McCanna to continue to represent a wholly unresponsive client.

RESPECTFULLY SUBMITTED this 8th day of April, 2021.

/s/  JAMES MCCANNA
James McCanna, WSBA # 22565
McCanna Law, PLLC
P.O. Box 468
Kingston, WA 98346

## II. DECLARATION OF COUNSEL

COMES NOW James McCanna, under penalty of perjury under the laws of the State of Washington, and deposes and testifies as follows:

1. I am the attorney of record for Plaintiff Eric Schoenberg in this matter, I make this declaration based upon personal knowledge, and I am competent to make the same.

2. As indicated in my initial motion and surreply, I had sent a certified letter to Plaintiff Schoenberg letting him know I was withdrawing. It was returned to me. As a result, I no longer had a good last known address. I attach the returned letter as Exhibit 1 to this Declaration and Motion.

MOTION TO RECONSIDER MOTION TO WITHDRAW - 2

McCANNA LAW, PLLC
P.O. BOX 468
KINGSTON, WA 98346
PHONE: 360-297-4057
FAX:  360-297-4157

3. I failed to certify that my motion to withdraw on defense counsel and on the plaintiff when I filed my motion to withdraw. That was my error in failing to do that and I apologize to the court and to defense counsel.

4. Despite failing to certify service on Plaintiff in my initial Motion to Withdraw, I did serve Plaintiff with the motion to withdraw via email at ericmschoenberg@icloud.com on March 11, 2021, the day I filed the initial motion. Since I had received the certified letter back I served him via email.

5. I first learned of Plaintiff's criminal drug convictions when I received Defendant's Response to my initial motion to withdraw. This evidence was new to me and would have certainly shaped my assessment of the case had I known.

6. Prior to that time, I was unaware of any substance abuse issues that my client may be facing.

7. Immediately after receiving the court's order denying my motion to withdraw on April 2, 2021, I sent an email and left a voicemail for Mr. Schoenberg and advised him that the court denied my motion, that I was still his lawyer and he must contact me immediately.

8. On April 2, 2021, I called his mother and advised her the of same. She confirmed that there was a drug use issue. I told her that would have been important for me to know and she said that she would have thought he would tell me. I asked that if she heard from him to get him to contact me.

9. Despite these efforts I still have not had any response from plaintiff since February 23, 2021.

10. I do not know where he is living.

11. I do not know what he wishes to do with this lawsuit.

MOTION TO RECONSIDER MOTION TO WITHDRAW - 3

McCANNA LAW, PLLC
P.O. BOX 468
KINGSTON, WA 98346
PHONE: 360-297-4057
FAX: 360-297-4157

12. I have a good-faith belief that the attorney-client relationship has irreparably broken down under these facts.

13. I have made extensive efforts to communicate with my client and he has not responded.

14. I renew my request to be allowed to withdraw.

Signed 4/8/21,

By: /s/ *James McCanna*_____
James K. McCanna, WSBA NO. 22565
McCanna Law, PLLC
P.O. Box 468
Phone: (360) 297-4057
Fax: (360) 297-4157
Email:  jmccanna@mccannalaw.com

CERTIFICATE OF SERVICE

I CERTIFY that on the 8th day of April, 2021, I served a copy of this motion for reconsideration on by email to Katharine Tylee Herz at KateTyleeHerz@dwt.com and via the court's portal.

I CERTIFY that I served this motion on Plaintiff Eric Schoenberg at ericmschoenberg@icloud.com and at his last known address of **Eric Schoenberg** 1819 23rd Avenue, Apt. 308W Seattle, WA 98122 via U.S. Mail First Class, postage-prepaid.

Dated April 8, 2021.

/s/James McCanna
James K. McCanna
McCanna Law, PLLC
P.O. Box 468
Kingston, WA 98346
(360) 297-4057
jmccanna@mccannalaw.com

MOTION TO RECONSIDER MOTION TO WITHDRAW - 4

McCanna Law, PLLC
P.O. BOX 468
KINGSTON, WA 98346
PHONE: 360-297-4057
FAX:  360-297-4157