UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIC MATTHEW SCHOENBERG, <br><br>  Plaintiff, <br><br> v. <br><br> WINDSTAR CRUISES MARSHALL ISLANDS, LLC, <br><br>  Defendant. | C20-1485 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)     The motion for reconsideration, docket no. 26, filed by plaintiff's counsel, James McCanna, is RENOTED to April 30, 2021.  Any response to the motion for reconsideration shall be filed by April 26, 2021.  Any reply shall be filed by the new noting date.

(2)     Plaintiff Eric Matthew Schoenberg is hereby ADVISED that his attorney seeks to withdraw as counsel of record.  If plaintiff wants to retain the services of James McCanna, he must contact Mr. McCanna as soon as possible and no later than April 30, 2021.  Mr. McCanna may be reached by phone at 360-297-4057 or by email at jmccanna@mccannalaw.com.  Plaintiff is further ADVISED that, if he proceeds pro se in this matter (in other words, without a lawyer), he will have an obligation to keep the Court apprised of his contact information and to provide the Court with any change of address, that he will be expected to comply with the rules and orders of this Court and will be held to the same standards as attorneys authorized to practice before this Court, and that his failure to respond to defendant's discovery requests or otherwise participate in this litigation will be grounds for dismissal of his claims.

(3)     In light of plaintiff's counsel's representation that he has not been in communication with plaintiff since February 23, 2021, McCanna Decl. at ¶ 9 (docket

MINUTE ORDER - 1

no. 26), the trial date and all related dates and deadlines are STRICKEN. The parties' stipulated motion, docket no. 27, for a continuance and/or extension is STRICKEN as moot. The Court will reset the trial date and related dates and deadlines, if appropriate, after ruling on the pending motion for reconsideration.

(4)     The Clerk is DIRECTED to send a copy of this Minute Order to all counsel of record and to plaintiff Eric Matthew Schoenberg via U.S. mail at 1819 23rd Avenue, Apt. 308W, Seattle, WA 98122 and via email at ericmschoenberg@icloud.com.

Dated this 12th day of April, 2021.

William M. McCool
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 2