UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ERIC MATTHEW SCHOENBERG,

Plaintiff,

v.

WINDSTAR CRUISES MARSHALL ISLANDS, LLC,

Defendant.

C20-1485 TSZ

ORDER

The last known address for plaintiff in this matter, Eric Matthew Schoenberg, is **1819 23rd Avenue, Apt. 308W, Seattle, WA 98122**. This address is for the Summit at Madison Park apartments. Certified mail recently sent by plaintiff's counsel to plaintiff at these apartments was returned stamped "attempted - not known - unable to forward." The owner or manager of the Summit at Madison Park apartments is hereby REQUESTED to provide to the Court, via return email, answers to the following inquiries:

1. Whether plaintiff currently resides in the above-described or any other unit of the Summit at Madison Park apartments;

2. If the answer to Question No. 1 is "no," whether plaintiff previously resided in the above-described or any other unit of the Summit at Madison Park apartments, and if so, when plaintiff vacated the premises; and

ORDER - 1

3. If the answer to Question No. 2 is "yes," whether the Summit at Madison Park apartments has forwarding information for plaintiff and, if so, what is the last known address listed for plaintiff.

Dated this 14th day of May, 2021.

Thomas S. Zilly
United States District Judge

ORDER - 2