UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ERIC MATTHEW SCHOENBERG,

   Plaintiff,

v.

WINDSTAR CRUISES MARSHALL ISLANDS, LLC,

   Defendant.

C20-1485 TSZ

ORDER

By Minute Order entered September 24, 2021, docket no. 35, the Court advised plaintiff that continued failure to prosecute this matter would be grounds for dismissal of his claims. Plaintiff was instructed that, if he wished to proceed, he must supply his current mailing address, email address, and telephone number to the Court by sending such information to the Clerk of the Court. The Court has received nothing from plaintiff. Defendant's counsel has filed proof that the above-described Minute Order was personally served on plaintiff. See Escobar Decl. (docket no. 36). Defendant's attorney has further indicated that, on October 19, 2021, she attempted to reach plaintiff by phone and email; plaintiff did not answer the phone and did not reply to the email. See Status Report (docket no. 37). The Court is satisfied that plaintiff has had ample opportunity to

ORDER - 1

take the steps necessary to further litigate this case and sufficient notice concerning the consequences of failing to do so.  This action is hereby DISMISSED without prejudice pursuant to Federal Rule of Civil Procedure 41(b).  The Clerk is DIRECTED to close this case and to send a copy of this Order to all counsel of record and to plaintiff pro se at 432 Bellevue Ave. E., Suite 8, Seattle, WA 98102 and at ericmschoenberg@icloud.com.  Defendant shall serve a copy of this Order on plaintiff via text message (360-509-8304) and any other means at its disposal not set forth above.

        IT IS SO ORDERED.

        Dated this 4th day of January, 2022.

*Thomas S. Zilly* (signature)

Thomas S. Zilly
United States District Judge

ORDER - 2